# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH WILLIAM BALIK,<br><br>Plaintiff,<br><br>v.<br><br>MOTEL 6 OPERATING LP, et al.,<br><br>Defendants. | Case No. EDCV 25-2606 DOC (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: December 29, 2025

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE